UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JEANNIE SWEEZY** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER:** |
| | * | |
| **EARL HENDRIX, JR., PROGRESSIVE** | * | **JUDGE:** |
| **MOUNTAIN INS. CO., PERFORMANCE** | * | |
| **PETERBILT OF TALLAHASSEE, LLC,** | * | **MAGISTRATE:** |
| **SENTRY SELECT INSURANCE COMPANY,** | * | |
| **JOHN DOE AND STATE FARM MUTUAL** | * | |
| **AUTOMOBILE INS. COMPANY** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FILED:** _____      _____
                                                                   **DATE**

### PETITION FOR REMOVAL

Defendants, Performance Peterbilt of Tallahassee, LLC and Sentry Select Insurance Company, file this Petition for Removal of this case from the 18th Judicial District Court for the Parish of West Baton Rouge, State of Louisiana, in which it is now pending, to the United States District Court for the Middle District of Louisiana. This removal is predicated upon diversity of citizenship jurisdiction under 28 U.S.C. §1332.

1. This case was commenced in the 18th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, on May 30, 2019, through the filing of a Petition for Damages setting forth a claim for relief upon which this action is based.

2. Plaintiff, Jeannie Sweezy ("Sweezy"), instituted this action for personal injuries allegedly sustained in a motor vehicle accident on June 15, 2018 in the Parish of West Baton Rouge.

3. Plaintiff designated Earl Hendrix, Jr., Progressive Mountain Insurance Company, Performance Peterbilt of Tallahassee, LLC, Sentry Select Insurance Company, and State Farm Mutual Automobile Insurance Company as defendants in this matter.

4. Service of process upon defendant, Earl Hendrix, Jr., was requested through the Louisiana Long-Arm Statute in LSA-R.S. 13:3201, *et seq.*, and the affidavit of such long-arm service was filed into the record of the state court proceeding indicating service on him on June 7, 2019 (Exhibit 1: Affidavit of Long-Arm Service dated 6/25/18).

5. Service of process upon defendant, Performance Peterbilt of Tallahassee, LLC, was requested through the Louisiana Long-Arm Statute contained in LSA-R.S. 13:3201, *et seq.*, but no affidavit of long-arm service has been filed into the

record of the state court proceeding.

6. Service of process upon defendant, Sentry Select Insurance Company, was requested through the Louisiana Secretary of State and effectuated on June 10, 2019 (Exhibit 2: Citation directed to Sentry Select Insurance Company with service upon R. Kyle Ardoin, Secretary of State, Commercial Division).

7. Service of process upon defendant, Progressive Mountain Insurance Company, was requested through CT Corporation, 4400 Easton Commons Way, Suite 125, Columbus, Ohio 43129 through the Louisiana Long-Arm Statute contained in LSA-R.S. 13:3201, *et seq.*, but no affidavit of long-arm service has been filed into the record of the state court proceeding.

8. Service of process upon defendant, State Farm Mutual Automobile Insurance Company, was requested through the Louisiana Secretary of State and effectuated on June 10, 2019 (Exhibit 3: Citation directed to State Farm Mutual Automobile Insurance Company with service upon R. Kyle Ardoin, Secretary of State, Commercial Division).

9. This matter has been removed within thirty (30) days of documented service of process upon Earl Hendrix, Jr., Sentry Select Insurance Company and State Farm Mutual Automobile Insurance Company.

10. This action is one of a civil nature for damages.

11. Sweezy alleges that she sustained injuries to various parts of her body, including but not limited to her neck, back, head, arms, hands, and legs, in addition to general soreness of her entire body, and that she is entitled to damages for past, present, and future physical pain and suffering (Petition for Damages, ¶¶ 19, 20).

12. Sweezy further alleges that she is entitled to damages for past, present, and future mental pain and suffering (Petition for Damages, ¶ 20).

13. Sweezy further alleges that she is entitled to damages for past, present, and future medical expenses (Petition for Damages, ¶ 20).

14. Sweezy further alleges that she is entitled to damages for past, present, and future loss of enjoyment of life (Petition for Damages, ¶ 20).

15. Sweezy further alleges that she is entitled to damages for past, present, and future disability (Petition for Damages, ¶ 20).

16. Sweezy further alleges that she is entitled to damages for past, present, and future impairment of earnings capacity (Petition for Damages, ¶ 20).

17. Sweezy further alleges that she is entitled to damages for past, present, and future lost wages (Petition for Damages, ¶ 20).

18. Under *Simon v. Wal-Mart Stores, Inc.*, 193 F.3d 848 (5th Cir. 1999), defendants aver that they possess a good faith belief at the time of this removal that

diversity jurisdiction exists, irrespective of the merits of plaintiff's lawsuit or any defenses applicable to her claims.

19. Prior to removal of this matter, undersigned counsel communicated with plaintiff counsel, Misti Landry Bryant, who confirmed on June 19, 2019 that Sweezy's claims exceed $75,000.00, exclusive of interest and costs.

20. Jeannnie Sweezy is a Louisiana resident/domiciliary of Lafayette Parish, State of Louisiana.

21. Earl Hendrix, Jr. is a Georgia resident/domiciliary who resides at 5209 Pine Street, Valdosta, Georgia 31601.

22. Progressive Mountain Insurance Company is incorporated under the laws of the State of Georgia and which maintains its principal place of business in the State of Georgia.

23. Performance Peterbilt of Tallahassee, LLC is a limited liability company organized under the laws of the State of Florida with its principal place of business at 335 Commerce Boulevard, Midway, Florida 32343.

24. The members of Performance Peterbilt of Tallahassee, LLC are the following:

   a) Nathan Ried, a Florida resident/domiciliary who resides in Tallahassee, Florida;

   b) Ryan Church, a Tennessee resident/domiciliary who resides in

Murfreesboro, Tennessee.

25. State Farm Mutual Automobile Insurance Company is incorporated under the laws of the State of Illinois, and in the alternative, in a state other than the State of Louisiana, and which maintains its principal place of business in Bloomington, Illinois.

26. Sentry Select Insurance Company is incorporated under the laws of the State of Wisconsin, with its principal place of business/domicile at 2225 Minnesota Avenue, Stevens Point, Wisconsin 54481.

27. State Farm Mutual Automobile Insurance Company, as alleged uninsured/under-insured motorist insurer of Jeannie Sweezy, owner and operator of the 2017 Honda Civic involved in the subject accident, is not deemed to be a citizen of the State of Louisiana because no third party "liability" claim is asserted against it as opposed to the first party, UM claims made by Jeannie Sweezy. 28 U.S.C. §1332(c)(1); *Carpenter v. Illinois Central Gulf R. Co.*, 524 F. Supp. 249 (M.D. La. 1981).

28. Earl Hendrix, Jr., Progressive Mountain Insurance Company, and State Farm Mutual Automobile Insurance Company concur in removal.

29. Complete diversity of citizenship exists and the amount in controversy requirement in 28 U.S.C. §1332 is demonstrable.

**WHEREFORE**, defendants Performance Peterbilt of Tallahassee, LLC and Sentry Select Insurance Company pray for removal of the above-entitled cause from the 18th Judicial District Court for the Parish of West Baton Rouge, State of Louisiana to the United States District Court for the Middle District of Louisiana.

Respectfully submitted,

/s/ Charles M. Ponder, III
CHARLES M. PONDER, III, #2052
PONDER LAW FIRM
1010 Common Street, Suite 1715
New Orleans, Louisiana 70112
Telephone: (504) 528-3066
Facsimile: (504) 528-3077
E-Mail: cmponder@att.net

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of July, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: All counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail and e-mail to the following non-CM/ECF participants: None.

/s/ Charles M. Ponder III
CHARLES M. PONDER, III