| | |
|---|---|
| JEANNIE SWEEZY | DOCKET NO.: 45209-D |
| VERSUS | 18th JUDICIAL DISTRICT COURT |
| EARL HENDRIX, JR., PROGRESSIVE MOUNTAIN INS. CO. PERFORMANCE PETERBILT OF TALLAHASSEE, LLC. SENTRY SELECT INS. CO., JOHN DOE, AND STATE FARM MUTUAL AUTOMOBILE INS. CO. | PARISH OF WEST BATON ROUGE STATE OF LOUISIANA |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF LONG-ARM SERVICE

STATE OF LOUISIANA
PARISH OF LAFAYETTE

Before me, the undersigned Notary Public, PERSONALLY CAME AND APPEARED:

SUZANNE STARR

who first being duly sworn, deposed, and said:

1) That I am a Paralegal at Gordon McKernan Injury Attorneys;

2) That I mailed the Citation with a Copy of the Petition for Damages received from the 18th Judicial District Clerk of Court for West Baton Rouge Parish, Louisiana in the matter entitled "JEANNIE SWEEZY V. EARL HENDRIX, JR., PROGRESSIVE MOUNTAIN INS. CO., PERFORMANCE PETERBILT OF TALLAHASSEE, LLC, SENTRY SELECT INS. CO., JOHN DOE, AND STATE FARM MUTUAL AUTOMOBILE INS. CO." bearing Docket No. 45209-D filed on May 28, 2019 to defendant, EARL HENDRIX, JR., on or about June 4, 2019 via certified mail by the U.S. Postal Service and same was delivered to said defendant on or about June 7, 2019 as evidenced from the annexed post office return receipt for Certified Mail Return Receipt Number 7018 1130 0001 3895 9299, a copy of which is attached hereto as "Exhibit A."

_____
SUZANNE STARR

Sworn to and subscribed before me on this 25th day of June, 2019.

_____
Notary Public

Dawn D. Doucet
Printed Name

48785
Bar Number/Notary ID Number

1

**EXHIBIT 1**





