| | |
|---|---|
| JEANNIE SWEEZY | DOCKET NO.: 45209 DIV.: D |
| VERSUS | EIGHTEENTH JUDICIAL DISTRICT COURT |
| EARL HENDRIX, JR., PROGRESSIVE MOUNTAIN INS. CO. PERFORMANCE PETERBILT OF TALLAHASSEE, LLC. SENTRY SELECT INS. CO., JOHN DOE, AND STATE FARM MUTUAL AUTOMOBILE INS. CO. | PARISH OF WEST BATON ROUGE STATE OF LOUISIANA |

FAXED 5/28/2019

2019 MAY 30 AM 9:39

## PETITION FOR DAMAGES

NOW INTO COURT, comes JEANNIE SWEEZY, a person of majority, domiciled in Lafayette Parish, Louisiana, who respectfully represents:

1.

Made Defendants herein are:

A. **EARL HENDRIX, JR.**, a resident of the State of Georgia, a person of the lawful age of majority domiciled and residing in Lowndes County, Georgia, who can be served with process via long arm service at 5209 Pine Street Valdosta GA, 31601; and

B. **PROGRESSIVE MOUNTAIN INSURANCE COMPANY**, upon information and belief, a foreign insurance company who can be served with process via long arm service through its registered agent for service of process at CT Corportation System, 4400 Easton Commons Way, Suite 125, Columbus Ohio, 43219; and

C. **PERFORMANCE PETERBILT OF TALLAHASSEE, LLC**, a foreign corporation, incorporated under the laws of the state of Florida, who can be served through its registered agent for service of process via long arm service through its registered agent for service of processNathan Reid 335 Commerce Blvd. Midway Florida 32343; and

D. **SENTRY SELECT INSURANCE COMPANY**, upon information and belief, a foreign insurance company authorized to do and doing business in the State of Louisiana, who has by operation of Louisiana Revised Statute 13:3471 appointed the Louisiana Secretary of State as its agent for service of process and can be served at 8585 Archives Avenue, Baton Rouge, Louisiana, 70809; and

E. **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, upon information and belief, a foreign insurance company authorized to do and doing business in the State of Louisiana, who has by operation of Louisiana Revised Statute 13:3471 appointed the Louisiana Secretary of State as its agent for service of process and can be served at 8585 Archives Avenue, Baton Rouge, Louisiana, 70809.; and

F. **JOHN DOE**, upon information and belief a resident of Louisiana. Service being withheld at this time.

2.

Venue and jurisdiction are proper as the complained of accident occurding within the jurisdictional limits of this Court.

3.

The above named defendants are justly and truly indebted, jointly and *in solido*, unto Petitioner for damages, injuries, and losses sustained, together with legal interest from the date of judicial demand, costs of these proceedings, and other general and equitable relief described herein for the reasons described hereinafter.

4.

On or about June 15, 2018 at approximately 10:38 AM, EARL HENDRIX JR. was operating a 2019 Peterbilt TT commercial truck (owned by PERFORMANCE PETERBILT OF TALLAHASSEE LLC.), travelling in the center lane, eastbound on Interstate-10, near milepost 154.3 in West Baton Rouge Parish, Louisiana. At that same time, JEANNIE SWEEZY was operating a 2017 Honda Civic travelling in the center lane, eastbound on Interstate 10 dirctly in front of the HENDRIX, JR. vehicle.

5.

Suddenly and without warning, the HENDRIX, JR. vehicle crashed into the rear of the SWEEZY vehicle.

6.

The collision caused by the negligence of EARL HENDRIX, JR. caused serious injuries to JEANNIE SWEEZY.

7.

In the alternative, the vehicle driven by EARL HENDRIX, JR could have avoided the collision, and failed to do so.

8.

In no way did JEANNIE SWEEZY contribute to any cause of this accident.

9.

Upon information and belief, at the time of the accident, EARL HENDRIX, JR was in the course and scope of his employment with PERFORMANCE PETERBILT OF TALLAHASSEE LLC. In the alternative, PERFORMANCE PETERBILT OF TALLAHASSEE LLC, and/or JOHN DOE hired EARL HENDRIX, JR. to transport the 2018 tractor trailer bearing VIN number 1XPXD49X8KD604898 from PERFORMANCE PETERBILT OF TALLAHASSEE LLC, located in Tallahassee, Florida to JOHN DOE, located at a still unknown address in Louisiana.

10.

The collision described above was caused solely and proximately by the recklessness, carelessness, negligence and fault of EARL HENDRIX, JR. in the following, non-exclusive, particulars, to-wit:

A. In failing to keep a proper look out;

B. In failing to keep the vehicle under proper control;

C. In operating the vehicle in a wanton and reckless manner with no regard for the rights and safety of others;

D. In traveling into the vehicle operated by JEANNIE SWEEZY;

E. In failing to yield;

F. In failing to see what he should have seen and if having seen, in failing to heed;

G. In failing to stop;

H. In violating the traffic laws of the State of Louisiana; and

I. Any and all other acts and omissions to be proven through discovery or at the trial of this matter, all of which were in contravention of the exercise of due care and procedure.

11.

PERFORMANCE PETERBILT OF TALLAHASSEE LLC. And/or JOHN DOE is vicariously liable for the negligent actions of its employee, EARL HENDRIX, JR. Petitioner alleges that a substantial cause of the above-described accident was the fault and/or negligence of PERFORMANCE PETERBILT OF TALLAHASSEE LLC and/or JOHN DOE, which is described in part but not exclusively as follows:

a. Failing to provide proper driver training;

b. Failing to employ a safe and competent driver;

c. Failing to have a proper safety or accident provision program;

d. Failing to provide reasonable testing, training or professional driving instruction;

e. Failure to properly instruct drivers; and

f. Any and all others acts and omissions to be proven through discovery or at the trial of this matter, all of which were in contravention of the exercise of due care and procedure, including but not limited to violations of federal, state and municipal regulations, statutes and ordinances.

12.

Petitioners are informed, believes, and therefore alleges that at the time of the accident the defendant, PROGRESSIVE MOUNTAIN INSURANCE COMPANY, had issued a liability insurance policy to EARL HENDRIX, JR. insuring EARL HENDRIX, JR. and the vehicle HENDRIX, JR. operated, and under the laws of the State of Louisiana, was in full force and effect at the time of the accident, and which insurance inures to the benefit of Petitioners under the provisions of the Louisiana Direct Action Statute, L.A. R.S. 22:1269.

13.

Petitioners further allege on information and belief that under the terms of the said policy, PROGRESSIVE MOUNTAIN INSURANCE COMPANY obligated itself to pay any and all damages caused to others as a result of the negligence of EARL HENDRIX, JR. in the operation of said vehicle, and the vehicle being driven by EARL HENDRIX, JR. described above, was covered by said policy at the time of said collision.

14.

Petitioners are informed, believes, and therefore alleges that at the time of the accident the defendant, SENTRY SELECT INSURANCE COMPANY, had issued a liability insurance policy to PERFORMANCE PETERBILT OF TALLAHASSEE LLC insuring the vehicle driven by EARL HENDRIX, JR., and under the laws of the State of Louisiana, was in full force and effect at the time of the accident, and which insurance inures to the benefit of Petitioners under the provisions of the Louisiana Direct Action Statute, L.A. R.S. 22:1269.

15.

Petitioners further allege on information and belief that under the terms of the said policy, SENTRY SELECT INSURANCE COMPANY obligated itself to pay any and all damages caused to others as a result of the negligence of PERFORMACE PETERBILT OF TALLAHASSEE LLC. and/or EARL HENDRIX, JR. in the operation of said vehicle, and the vehicle being driven by EARL HENDRIX,, JR. described above, was covered by said policy at the time of said collision.

16.

Plaintiff avers that at the time of the of the accident a contract issued by STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, was in effect whereby STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY agreed to provide underinsured/uninsured motorist ("UM/UIM") coverage to JEANNIE SWEEZY, under the laws of the State of Louisiana, was in full force and effect at the time of the accident, and which insurances inures to the benefit

of Plaintiff under the provisions of the Louisiana Direct Action Statute, L.A. R.S. 22:1269.

17.

Under said policy's uninsured/underinsured provisions, the defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, is liable unto Petitioner for the reason that tortfeasors, EARL HENDRIX, JR., PERFORMANCE PETERBILT OF TALLAHASSEE LLC., JOHN DOE, PROGRESSIVE MOUNTAIN INSURANCE COMPANY and/or SENTRY SELECT INSURANCE COMPANY, are underinsured motorist.

18.

EARL HENDRIX, JR., PERFORMANCE PETERBILT OF TALLAHASSEE LLC., JOHN DOE, PROGRESSIVE MOUNTAIN INSURANCE COMPANY, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and/or SENTRY SELECT INSURANCE COMPANY are therefore liable, *in solido*, unto Petitioners in said collision, which is itemized and set out hereafter.

19.

As a result of the combined fault and/or negligence of the defendants in causing the aforementioned accident, Petitioner, JEANNIE SWEEZY, suffered injuries to various parts of her body, including, but not limited to, the following: neck, back, head, arms, hands, legs, general soreness to her entire body, and any and all and all other injuries to be shown upon trial of this matter.

20.

As a result of the accident sued upon herein, Petitioner, JEANNIE SWEEZY, suffered the following damages:

A. Physical pain and suffering - past, present and future;

B. Mental pain, anguish, and distress - past, present and future;

C. Medical expenses - past, present, and future;

D. Loss of enjoyment of life - past, present and future;

E. Disability- past, present and future;

F. Impairment of earning capacity- past, present and future;

G. Lost wages - past, present, and future: and

H. Any and all other damages which shall be proven at trial of this matter.

21.

Petitioner herein, JEANNIE SWEEZY, is therefore entitled to damages for the items set forth above in such amounts as are reasonable in the premises.

22.

Pursuant to the provisions of the Louisiana Code of Civil Procedure, Article 1423, et sec., Petitioners are entitled to a certified copy of any insurance policies issued to and/or otherwise insuring EARL HENDRIX, JR. and PERFORMANCE PETERBILT OF TALAHASSEE LLC., for the claims made by Petitioner herein. Petitioner herein requests a certified copy of any and all such policies of insurance within thirty (30) days of service of the petition upon them.

WHEREFORE, Petitioner prays that the defendants be served with a copy of this petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of the petitioner, JEANNIE SWEEZY, and against the defendants EARL HENDRIX, JR., PROGRESSIVE MOUNTAIN INSURANCE COMPANY, PERFORMANCE PETERBILT OF TALLAHASSEE LLC., SENTRY SELECT INSURANCE COMPANY, JOHN DOE, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, jointly, severally, and *in solido* for compensatory damages in an amount that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from date of judicial demand, until paid, and for all cost of these proceedings.

Respectfully Submitted:

**GORDON MCKERNAN INJURY ATTORNEYS**

**Misti Landry Bryant (33748)**
Attorneys for JEANNIE SWEEZY
P.O. Box 51127
Lafayette, LA 70505
Phone: (337) 999-9999
Facsimile: (337) 735-8012

**SERVICE INFORMATION ON NEXT PAGE**

SEAL OF THE CLERK OF COURT ★ PARISH OF WEST BATON ROUGE ★
CERTIFIED TRUE COPY
MAY 30 2019
BY DEPUTY CLERK
WEST BATON ROUGE PARISH

**PLEASE SERVE:**

**EARL HENDRIX**
5209 Pine St.
Valdosta, Georgia 31601

**PROGRESSIVE MOUNTAIN INS. CO.**
Through its registered agent for service of process
CT Corporation System
4400 Easton Commons Way, Suite 125,
Columbus Ohio, 43219

**SENTRY SELECT INS. CO.**
Through its registered agent for service of process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana, 70809

**PERFORMANCE PETERBILT OF TALLAHASSEE LLC.**
Through its registered agent for service of process
Nathan Ried
335 Commerce Blvd.
Midway, Florida 32343

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
Through its registered agent for service of process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana, 70809

*JEANNIE SWEEZY*

*Versus*

*EARL HENDRIX JR, ET AL*



*Case: 00001045209*
*Division: D*
*18th Judicial District Court*
*Parish of West Baton Rouge*
*State of Louisiana*

*SERVE: SENTRY SELECT INS. CO.*
*THRU SECRETARY OF STATE*
*8585 ARCHIVES AVENUE*
*BATON ROUGE, LA 70809*

*YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMANDS CONTAINED IN THE PETITION FOR DAMAGES FILED BY PLAINTIFF IN THE ABOVE ENTITLED AND NUMBERED CAUSE, A COPY OF WHICH ACCOMPANIES THIS CITATION, OR TO FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE OF THE CLERK OF COURT OF THE 18TH JUDICIAL DISTRICT COURT, FOR THE SAID PARISH, IN THE CITY OF PORT ALLEN, LOUISIANA, WITHIN FIFTEEN (15) DAYS AFTER SERVICE HEREOF. YOUR FAILURE TO COMPLY HEREWITH WILL SUBJECT YOU TO THE PENALTY OF A DEFAULT JUDGMENT AGAINST YOU.*

*WITNESS, THE HONORABLE JUDGE OF OUR SAID COURT, AT PORT ALLEN, LOUISIANA, on May 30, 2019.*

SERVED ON
R. KYLE ARDOIN
JUN 10 2019
SECRETARY OF STATE
COMMERCIAL DIVISION

PARISH OF WEST BATON ROUGE * SEAL OF THE CLERK OF COURT

*Deputy Clerk of Court*
*Hon. Mark J. Graffeo, Clerk of Court*
*18th JDC/West Baton Rouge*
*PO Box 107*
*Port Allen, LA 70767*

*Attorney:*
*MISTI BRYANT*

***NOTICE FOR PERSONS IN NEED OF ACCOMODATIONS OR LANGUAGE ASSISTANCE***

*If you are a person with a disability who requires reasonable accommodation or an individual with limited proficiency in the English Language who needs foreign language assistance in order to participate in this proceeding, you may be entitled to certain assistance at no cost to you. Please contact the West Baton Rouge Parish Clerk of Court, 850 Eighth Street, Port Allen, Louisiana 70767, telephone number 225-383-0378, within two working days of receipt of this notice. If you are hearing and/or voice impaired, you may call the Louisiana Relay Center at 1-800-846-5277 (TDD only) or 1-800-947-5277 (voice).*

[ ORIGINAL ]

CITATION

JEANNIE SWEEZY

Versus

EARL HENDRIX JR, ET AL




Case: 00001045209
Division: D
18th Judicial District Court
Parish of West Baton Rouge
State of Louisiana

SERVE: STATE FARM MUTUAL AUTOMOBILE INS. CO.
THRU SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMANDS CONTAINED IN THE PETITION FOR DAMAGES FILED BY PLAINTIFF IN THE ABOVE ENTITLED AND NUMBERED CAUSE, A COPY OF WHICH ACCOMPANIES THIS CITATION, OR TO FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE OF THE CLERK OF COURT OF THE 18TH JUDICIAL DISTRICT COURT, FOR THE SAID PARISH, IN THE CITY OF PORT ALLEN, LOUISIANA, WITHIN FIFTEEN (15) DAYS AFTER SERVICE HEREOF. YOUR FAILURE TO COMPLY HEREWITH WILL SUBJECT YOU TO THE PENALTY OF A DEFAULT JUDGMENT AGAINST YOU.

WITNESS, THE HONORABLE JUDGE OF OUR SAID COURT, AT PORT ALLEN, LOUISIANA, on May 30, 2019.

PARISH OF WEST BATON ROUGE ★ SEAL OF THE CLERK

Deputy Clerk of Court
Hon. Mark "Tut" Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767

I made service on the named party through the Office of the Secretary of State on JUN 10 2019 by tendering a copy of this document to KATHY DARDEN
DY. E. CUMMINS #1155
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

DEPUTY CLERK

2019 JUN 19 AM 9:00

RECEIVED AND FILED
CLERK OF COURT
WEST BATON ROUGE PARISH

Attorney:
MISTI BRYANT

NOTICE FOR PERSONS IN NEED OF ACCOMODATIONS OR LANGUAGE ASSISTANCE

If you are a person with a disability who requires reasonable accommodation or an individual with limited proficiency in the English Language who needs foreign language assistance in order to participate in this proceeding, you may be entitled to certain assistance at no cost to you. Please contact the West Baton Rouge Parish Clerk of Court, 850 Eighth Street, Port Allen, Louisiana 70767, telephone number 225-383-0378, within two working days of receipt of this notice. If you are hearing and/or voice impaired, you may call the Louisiana Relay Center at 1-800-846-5277 (TDD only) or 1-800-947-5277 (voice).

[ RETURN COPY ]

**18TH JUDICIAL DISTRICT COURT FOR THE PARISH OF WEST BATON ROUGE**

**STATE OF LOUISIANA**

**NO.: 45209** **DIVISION: "D"**

**JEANNIE SWEEZY**

**VERSUS**

**EARL HENDRIX, JR., PROGRESSIVE MOUNTAIN INS. CO., PERFORMANCE PETERBILT OF TALLAHASSEE, LLC, SENTRY SELECT INSURANCE CO., JOHN DOE AND STATE FARM MUTUAL AUTOMOBILE INS. CO.**

**FILED:** ______________________ ______________________
**DEPUTY CLERK**

**MOTION FOR EXTENSION OF TIME**

**NOW INTO COURT**, through undersigned counsel, comes defendants, Performance Peterbilt of Tallahassee, LLC and Sentry Select Insurance Company, solely for the purpose of seeking an extension of time to respond and without making a general appearance, respectfully suggests to this Honorable Court that mover and its counsel require additional time within which to investigate the claims and allegations made and to prepare and file pleadings in response thereto, and that for this purpose mover desires an extension of time of thirty (30) days from the date of signing of this Order within which to file responsive pleadings in this suit. Mover further avers that no prior request for extension of time has been requested.

**IT IS ORDERED** that defendants, Performance Peterbilt of Tallahassee, LLC and Sentry Select Insurance Company, be hereby granted an extension of time of thirty (30) days from the date of signing of this Order within which to file responsive pleadings in the above-entitled and numbered suit.

Port Allen, Louisiana this _____ day of ____________________, 2019.

______________________
**J U D G E**

Respectfully submitted,

CHARLES M. PONDER, III, #2052
PONDER LAW FIRM
1010 Common Street, Suite 1715
New Orleans, Louisiana 70112
Telephone: (504) 528-3066
Facsimile: (504) 528-3077

**CERTIFICATE OF SERVICE**

I, Charles M. Ponder, III, do hereby certify that a copy of the foregoing pleading has been served upon all parties through their attorney of record by: ☑ transmitting same via facsimile and/or email, and/or ☑ depositing same in the United States Mail, properly addressed and postage pre-paid this 1st day of **July, 2019.**

CHARLES M. PONDER, III

**18TH JUDICIAL DISTRICT COURT FOR THE PARISH OF WEST BATON ROUGE**

**STATE OF LOUISIANA**

**NO.: 45209** **DIVISION: "D"**

**JEANNIE SWEEZY**

**VERSUS**

**EARL HENDRIX, JR., PROGRESSIVE MOUNTAIN INS. CO., PERFORMANCE PETERBILT OF TALLAHASSEE, LLC, SENTRY SELECT INSURANCE CO., JOHN DOE AND STATE FARM MUTUAL AUTOMOBILE INS. CO.**

**FILED:**______________________ ______________________
**DEPUTY CLERK**

**REQUEST FOR NOTICE**

**NOW INTO COURT,** through undersigned counsel, comes defendants, Performance Peterbilt of Tallahassee, LLC and Sentry Select Insurance Company, in accordance with Article 1572 of the Louisiana Code of Civil Procedure and hereby request written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial or hearing upon any motion, exception, rule or other matter, at least ten (10) days before any trial or hearing date.

Defendants, Performance Peterbilt of Tallahassee, LLC and Sentry Select Insurance Company, further requests notice of the signing of any final judgment, the rendition of any interlocutory order or judgment, or of any order of judgment refusing to grant a new trial, in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

CHARLES M. PONDER, III, #2052
PONDER LAW FIRM
1010 Common Street, Suite 1715
New Orleans, Louisiana 70112
Telephone: (504) 528-3066
Facsimile: (504) 528-3077

**CERTIFICATE OF SERVICE**

I, Charles M. Ponder, III, do hereby certify that a copy of the foregoing pleading has been served upon all parties through their attorney of record by: ☐ transmitting same via facsimile and/or email, and/or ☐ depositing same in the United States Mail, properly addressed and postage pre-paid this 1st day of **July, 2019.**

CHARLES M. PONDER, III